# Exhibit "A"

**Supreme Court of the State of New York**
**County of Suffolk**

**MIRIAM GONZALEZ-RAMIREZ,**

*Plaintiff,*

**-against-**

**TARGET CORPORATION,**

*Defendant.*

**Index No.**

**Plaintiff designates Suffolk County as the place of trial.**

**The basis of venue is PLACE OF OCCURRENCE**

**COUNTY OF SUFFOLK**

To the above-named Defendant:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: March 19, 2026

THE NEWMAN FIRM, LLP
*Attorneys for the Plaintiff(s)*
Office and Post Office Address
95-25 Queens Boulevard, 11th Floor
Rego Park, NY 11374

DEFENDANT'S ADDRESS:

**TARGET CORPORATION**
1000 Nicollet Mall, TPN-2672
Minneapolis, MN 55403

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

**MIRIAM GONZALEZ-RAMIREZ,**

***Plaintiff,***

**-against-**

**TARGET CORPORATION,**

***Defendant.***

**Index No.:**

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, THE NEWMAN FIRM, LLP, complaining of the Defendant, respectfully state to the Court and alleges:

1. That at all times mentioned herein, the occurrence alleged herein arose in the County of Suffolk, State of New York.

2. That at all times mentioned herein, Plaintiff was and still is a resident of the County of Suffolk, State of New York.

3. That upon information and belief, and at all times herein mentioned, the Defendant, **TARGET CORPORATION**, was and still is a domestic corporation authorized to business in the State of New York, with offices in Kings County.

4. That upon information and belief, and at all times herein mentioned, the Defendant, **TARGET CORPORATION**, was and still is a foreign corporation authorized to do business in New York.

5. That upon information and belief, and at all times herein mentioned, the Defendant, **TARGET CORPORATION**, was a partnership authorized to do business in the State of New York.

6. That upon information and belief, and at all times herein mentioned, the Defendant, **TARGET CORPORATION**, was and still is a business entity transacting business in the State of New York.

7. That upon information and belief, and at all times herein mentioned, the

Defendant, **TARGET CORPORATION**, was the lessee of the premises located at 1149 Sunrise Highway, Copiague, in the County of Suffolk, State of New York, pursuant to a lease agreement.

8. That upon information and belief, and at all times herein mentioned, the Defendant, **TARGET CORPORATION**, was doing business as "Target Store T-1147", at the aforesaid location.

9. That upon information and belief, and at all times herein mentioned, the Defendant, **TARGET CORPORATION**, maintained a place of business, i.e. a superstore, located at 1149 Sunrise Highway, Copiague, in the County of Suffolk, State of New York.

10. That upon information and belief, and at all times herein mentioned, the aforesaid superstore premises was under the control of the Defendant, **TARGET CORPORATION**, by its agents, servants and/or employees.

11. That upon information and belief, and at all times herein mentioned, the aforesaid superstore premises was under the operation of the Defendant, **TARGET CORPORATION**, by its agents, servants and/or employees.

12. That upon information and belief, and at all times herein mentioned, the aforesaid superstore premises was under the maintenance and supervision of the Defendant, **TARGET CORPORATION**, by its agents, servants and/or employees.

13. That on the 1st day of April, 2023, while the Plaintiff, **MIRIAM GONZALEZ-RAMIREZ**, was lawfully within the Defendants' store premises located at 1149 Sunrise Highway, Copiague, in the County of Suffolk, State of New York, and more particularly in the bread aisle located therein, suddenly and without any warning, she was caused to slip and fall due to the hazardous, defective, and dangerous conditions existing thereat, thereby causing Plaintiff to be violently precipitated to the ground, due to the negligence and carelessness of the Defendants, and/or their agents, servants and/or employees in causing, permitting and allowing a slippery substance to be and remain on the floor area thereat.

14. That the Defendant was at all times under a duty to provide the Plaintiff with a safe place to walk upon while within the Defendant's store premises.

15. That upon information and belief, prior to the time of said occurrence, the Defendant had knowledge of the unsafe and dangerous condition of said floor area or that same had existed for so long a period of time that said Defendant should have known of the existence of said condition in time to have made said area safe before the occurrence of the accident as alleged herein.

16. That the aforesaid accident occurred solely through the negligence, carelessness, and/or recklessness of the Defendant, without any fault on the part of the Plaintiff herein.

17. That solely by reason of the aforesaid, the Plaintiff sustained and suffered certain and severe permanent personal injuries to her body and limbs, and a severe shock to her nervous system. Said injuries are, in part, of a permanent nature, causing said Plaintiff to become sick, sore, lame, and disabled for a long period of time after the occurrence of said accident.

18. That by reason of the premise hereinabove set forth, the Plaintiff, **MIRIAM GONZALEZ-RAMIREZ.** has suffered severe pain and anguish and has been compelled to submit to medical care and treatment thereby preventing her from attending to her usual duties and daily activities.

WHEREFORE, Plaintiff, **MIRIAM GONZALEZ-RAMIREZ**, has sustained injuries and damages in a sum greater than seventy-five thousand dollars against the Defendants.

Dated: Rego Park, New York
March 19, 2026

Yours, Etc.

GREGORY S. NEWMAN, ESQ.
THE NEWMAN FIRM, LLP
Attorneys for Plaintiff
95-25 Queens Boulevard, 11th Floor
Rego Park, NY 11374
(718) 896-2700
File No.: 00257-23

**ATTORNEY'S VERIFICATION**

STATE OF NEW YORK )
) ss.:
COUNTY OF QUEENS )

I, GREGORY S. NEWMAN, ESQ., an attorney admitted to practice in the courts of New York State, state:

I am a member of the firm, **THE NEWMAN FIRM, LLP,** the attorneys of record for the Plaintiff in the within action; I have read the foregoing **SUMMONS AND VERIFIED COMPLAINT** and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by the Plaintiff is that the Plaintiff resides outside the county wherein I maintain office.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows: information gathered in my file.

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

Dated: Rego Park, New York

March 19, 2026

GREGORY S. NEWMAN, ESQ.

**Index No.:**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

---

**MIRIAM GONZALEZ-RAMIREZ,**

***Plaintiff,***

**-against-**

**TARGET CORPORATION,**

***Defendant.***

---

**SUMMONS AND VERIFIED COMPLAINT**

---

**THE NEWMAN FIRM LLP**
***Attorneys for Plaintiff***
**95-25 Queens Boulevard, 11th Floor**
**Rego Park, New York 11374**
**Telephone: (718) 896-2700**
**Facsimile: (718) 896-2560**

---

*Pursuant to 22 NYCRR 130.1-1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* 03/19/2026 *Signed:* ____________________

---

*Service of a copy of the within*

*Dated:* ____________________ *Signed:* ____________________

---